IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INIDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN TAYLOR,<br><br>        Plaintiff,<br><br>v.<br><br>CREDIT UNION 1 and EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No. 1:23-cv-00110 |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL**

Equifax Information Services LLC ("Equifax") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

**A.   PROCEDURAL BACKGROUND**

1.   On or about December 21, 2022, Plaintiff Erin Taylor ("Plaintiff") filed the Complaint in the Marion County Superior Court, Case No. 49D06-2212-PL-043786 ("State Court Action") alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, against Equifax.

2.   Equifax was served with Plaintiff's Complaint on December 27, 2022. This Notice of Removal is being filed with the thirty (30) day time period required by 28 U.S.C. § 1446(b).

**B.   GROUNDS FOR REMOVAL**

3.   The present suit is an action over which the United States District Court, Southern District of Indiana has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper

because Plaintiff's claims present a federal question. In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*.

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court, Eastern District of New York because it is in the district and division embracing the place where the state court action is pending.

5. In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant Equifax are attached hereto as **Exhibit A**.

6. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Marion County Superior Court as required by 28 U.S.C. § 1446(d).

WHEREFORE, Equifax request that the above-described action be removed to this Court.

Respectfully submitted, this 18th day of January, 2023.

*/s/ N. Charles Campbell*
N. Charles Campbell
Legal Counsel – Litigation
Equifax Legal Department
1550 Peachtree St.
Atlanta, GA 30309
Tel. (404) 885-8066
Fax: (404) 885-8215
Email: charles.campbell@equifax.com
*Attorney for Defendant Equifax Information Services LLC*