Acknowledged. JRS, DJ, 7/1/2024.

Distribution to all counsel of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EQUIFAX INFORMATION SERVICES )<br>LLC )<br>)<br>Defendant. )<br>)<br>) | Case No.: 1:23-cv-00110-JRS-MG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Erin Taylor, by counsel, and defendant, Equifax Information Services, LLC, by counsel, hereby stipulated and agree that all matters between then have been compromised and settled, and that the Plaintiff's cause against Equifax Information Services LLC should be dismissed, with prejudice pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

Dated this 28th day of June, 2024.

FOR THE PLAINTIFF:

LAW OFFICE OF ROBERT S.
GITMEID & ASSOCIATES, PLLC

/s/Diana C. Bauer
Diana C. Bauer, Esq. #11906-64
429 E. Dupont Road #175
Fort Wayne, IN 46825
Telephone: (260) 414-5582
E-mail: diana.b@gitmeidlaw.com

FOR THE DEFENDANT:

EQUIFAX INFORMATION SERVICES LLC

/s/N. Charles Campbell
N. Charles Campbell, Esq.
1550 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 885-8066
E-mail: charles.campbell@equifax.com